| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | RALEIGH RANA FIGUERAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00045-MCE |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) | |
| RALEIGH RANA FIGUERAS, | ) | Date: July 7, 2016 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for Raleigh Rana Figueras that the status conference currently scheduled for July 7, 2016, **may be continued to August 18, 2016 at 10:00 a.m.**

Defense counsel requires additional time to review discovery and investigate matters pertaining to the application of the sentencing guidelines.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 18, 2016; pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                                  Respectfully submitted,

4                                  HEATHER E. WILLIAMS
                                    Federal Defender
5

6  Date: June 29, 2016             /s/ Jerome Price
                                    JEROME PRICE
7                                   Assistant Federal Defender
                                    Attorneys for Defendant
8                                   RALEIGH RANA FIGUERAS

9

10                                 PHILLIP A. TALBERT
                                    Acting United States Attorney
11

12 Date: June 29, 2016             /s/ Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
13                                  Assistant United States Attorney
                                    Attorneys for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirely as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 18, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B(iv)[reasonable time to prepare] and General Order 479, Local Code T4. It is further ordered the July 7, 2016 status conference shall be continued until August 18, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 6, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE