```
                                                                    FILED
                                                              September 8, 2016
                  UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                            EASTERN DISTRICT OF
                 FOR THE EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                                DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                    ) CASE NUMBER: 2:16-cr-00045-MCE
        Plaintiff, )
v.                                   ) ORDER FOR RELEASE
                                    ) OF PERSON IN CUSTODY
RALEIGH FIGUERAS, )
       Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Raleigh Figueras</u>; Case <u>2:16-cr-00045-MCE</u> from custody and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured Appearance Bond in the amount of $

    \_    Appearance Bond with 10% Deposit

    <u>X</u>    Secured Appearance Bond in the amount of $50,000.00, secured by real property on Kevinberg drive in Sacramento, CA

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions; 3rd Party Custody to defendant's mother</u>

Issued at <u>Sacramento, CA</u> on <u>9/8/2016</u> at 2:45.

By _[signature]_
Kendall J. Newman
United States Magistrate Judge