| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>RALEIGH FIGUERAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-00045-MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | ) | |
| RALEIGH FIGUERAS, | ) | |
| Defendant. | ) | Date: May 4, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Raleigh Figueras, that the sentencing hearing **may be continued to July 13, 2017**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/1/17 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 6/15/17 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 6/22/17 |

///

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 6/29/17 |
| Reply or statement of non-opposition: | | 7/6/17 |
| Judgment and Sentencing Date: | | 7/13/17 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing and to allow Mr. Figueras time to complete Moral Reconation Therapy (MRT). Probation is aware of this stipulation and does not oppose the request.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Date: March 7, 2017        */s/ Jerome Price*
                JEROME PRICE
                Assistant Federal Defender
                Attorneys for Defendant
                RALEIGH FIGUERAS

Date: March 7, 2017        PHILLIP A. TALBERT
                United States Attorney

                */s/ Michelle Rodriguez*
                MICHELLE RODRIGUEZ
                Assistant U.S. Attorney
                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the draft Pre-Sentence Report be disclosed on June 1, 2017, any informal objections due on June 15, 2017, the final Pre-Sentence Report disclosed on June 22, 2017, any formal objections due on June 29, 2017, any replies due on July 6, 2017, and the sentencing hearing reset for July 13, 2017 at 9:00 a.m. before Judge Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: March 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE