HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RALEIGH FIGUERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RALEIGH FIGUERAS, <br><br> Defendant. | Case No. 2:16-cr-00045-MCE <br><br> **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND JUDGMENT AND SENTENCING** <br><br> Date: July 13, 2017 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Raleigh Figueras, that the sentencing hearing **may be continued to October 19, 2017**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/7/17 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 9/21/17 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/28/17 |

///

Stipulation and Order to Continue Briefing
Schedule and Judgment and Sentencing

-1-

*U.S. v. Figueras*, 2:16-cr-00045-MCE

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/5/17 |
| Reply or statement of non-opposition: | 10/12/17 |
| Judgment and Sentencing Date: | 10/19/17 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing and to allow Mr. Figueras time to complete Moral Reconation Therapy (MRT). Probation is aware of this stipulation and does not oppose the request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 26, 2017  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
RALEIGH FIGUERAS

Date: June 26, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the draft Pre-Sentence Report be disclosed on September 7, 2017, any informal objections are due on September 21, 2017, the final Pre-Sentence Report shall be disclosed on September 28, 2017, any formal objections are due on October 5, 2017, any replies are due on October 12, 2017, and the sentencing hearing is reset for October 19, 2017 at 10:00 a.m. before Judge Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE