| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>RALEIGH FIGUERAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-00045-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE BRIEFING SCHEDULE AND** |
| vs. | ) **JUDGMENT AND SENTENCING** |
| RALEIGH FIGUERAS, | ) |
| Defendant. | ) |
| | ) Date: October 19, 2017 |
| | ) Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michelle Rodriguez, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Raleigh Figueras, that the sentencing hearing **may be continued to November 2, 2017**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/19/17 |
| Reply or statement of non-opposition: | 10/26/17 |
| Judgment and Sentencing Date: | 11/2/17 |

///

///
Stipulation and Order to Continue Briefing -1- *U.S. v. Figueras*, 2:16-cr-00045-MCE
Schedule and Judgment and Sentencing

1     This continuance is requested to allow defense counsel additional time to receive and
2 review additional records in preparation for the formal objections and sentencing hearing. Given
3 defense counsel's need for additional time, November 2, 2017 represents the next best date for
4 the parties. Probation is aware of this stipulation and does not oppose the request.

                                                                     Respectfully submitted,

                                                                       HEATHER E. WILLIAMS
                                                                       Federal Defender

Date: October 11, 2017                  */s/ Jerome Price*
                                                                       JEROME PRICE
                                                                       Assistant Federal Defender
                                                                       Attorneys for Defendant
                                                                       RALEIGH FIGUERAS

Date: October 11, 2017                  PHILLIP A. TALBERT
                                                                       United States Attorney

                                                                       */s/ Michelle Rodriguez*
                                                                       MICHELLE RODRIGUEZ
                                                                       Assistant U.S. Attorney
                                                                       Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any formal objections due on October 19, 2017, any replies due on October 26, 2017, and the sentencing hearing reset for November 2, 2017 at 10:00 a.m. before Judge Morrison C. England, Jr.

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE