| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | RALEIGH RANA FIGUERAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-00045-MCE-2 |
|---|---|
| Plaintiff, | ) **UNOPPOSED MOTION TO EXONERATE** |
| | ) **PROPERTY BOND; ORDER** |
| vs. | ) |
| RALEIGH RANA FIGUERAS, | ) |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

Defendant Raleigh Figueras hereby moves this Court for an order exonerating the $50,000 property bond in the above-captioned case and reconveying the property to the surety, Bryant Ace V. Echiverri.

On August 30, 2016, after a bail review hearing, Magistrate Judge Deborah Barnes ordered that Defendant Raleigh Figueras be released on a $50,000 bond secured by the real property owned by Bryant Echiverri. (ECF No. 47.) The Clerk of the Court received the original Straight Note on September 01, 2016, and the original Deed of Trust (No. 0009229329) on September 19, 2016. (ECF Nos. 49 and 52.)

On November 02, 2017, District Judge Morrison C. England sentenced Mr. Figueras to a 36-month term of imprisonment. The Court allowed him to remain out of custody under the same conditions of release. The Court also set a self-surrender date of January 11, 2018. Mr.

Figueras successfully surrendered himself to the Bureau of Prisons (BOP) facility to which he was designated. He is currently in BOP custody. As such, Mr. Figueras has fulfilled his obligations to the Court while on pretrial release.

Given that Mr. Figueras has complied with all pretrial conditions in this matter and the case is closed, he now moves the Court for an order exonerating the property bond pursuant to Fed. R. Crim. P. 46(g), thereby reconveying the property to the surety. He further requests that the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to the surety, Bryant Echiverri.

Undersigned counsel communicated by email with government counsel, Michelle Rodriguez, who confirmed that the government has no opposition to this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2018      */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
RALEIGH RANA FIGUERAS

**O R D E R**

The Court has received, reviewed, and considered Defendant RALEIGH RANA FIGUERAS's motion to exonerate the property bond. The government does not oppose the defendant's motion. The Court finds that the defendant was released on pretrial supervision pursuant to a $50,000 bond secured by the equity in real property owned by Bryant Ace V. Echiverri. The surety posted the property bond on September 19, 2016.

The Court further finds that the defendant has satisfied his pretrial obligations to the Court and that he surrendered to the Bureau of Prisons.

Therefore, the Court hereby GRANTS the defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to surety Bryant Echiverri. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to the surety.

**IT IS SO ORDERED**.

Dated: January 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE