**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Movant
RALEIGH RANA FIGUERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:16-CR-45-MCE-EFB P |
| Respondent, | |
| v. | **[PROPOSED] ORDER** |
| **RALEIGH RANA FIGUERAS,** | |
| Movant. | |

**ORDER**

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, the time to file objections to the findings and recommendations, a motion for leave to amend the movant's 28 U.S.C. § 2255 motion (ECF no. 96), or a supplemental brief, is enlarged by 10 days, making it due July 31, 2020.

IT IS SO ORDERED.

Dated:  July 29, 2020.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge