**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RALEIGH FIGUERAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RALEIGH FIGUERAS,<br><br>Defendant. | CASE NO. 2:16-CR-00045-MCE-EFB<br><br>**ORDER RE EX PARTE MOTION FOR APPOINTMENT OF COUNSEL** |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, the Ex Parte Motion for Appointment of Counsel shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated: August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1