UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RALEIGH RANA FIGUERAS,<br><br>Movant. | No.  2:16-cr-45-MCE-EFB P<br><br><br><br>ORDER |

Raleigh Rana Figueras ("movant"), proceeding without counsel, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 96.  On April 6, 2020, the court recommended that movant's section 2255 motion be dismissed for failure to state a cognizable claim and as time-barred.  ECF No. 100.  While those recommendations were pending, movant retained counsel (ECF No. 101 at 2) and, on July 31, 2020, movant filed a motion to amend the section 2255 motion (ECF No. 111).

The court has reviewed the motion (and the proposed amended motion attached thereto) and concludes that amendment should be permitted.  The court has screened the proposed amended motion and cannot conclude, at this juncture, that it "plainly appears" that movant is not entitled to any relief.  *See* Rule 4(b), Rules Governing § 2255 Proceedings.

Accordingly, it is ORDERED that:

1. The findings and recommendations issued on April 6, 2020 (ECF No. 100) are VACATED;

1

2. Movant's motion to amend (ECF No. 111) is GRANTED;

3. The Clerk of Court shall docket the proposed amended motion (ECF No. 111-2) and it shall be deemed the operative motion going forward; and

4. The government shall file shall file an answer, motion, or otherwise respond to movant's amended motion within sixty (60) days from the date of service of this order.

DATED:  September 4, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE