UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:16-CR-00045-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| RALEIGH FIGUERAS, | |
| Defendant. | |

Defendant's Ex Parte Motion for Appointment of Counsel is GRANTED.

IT IS SO ORDERED.

Dated:  September 15, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1