UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RALEIGH RANA FIGUERAS,<br><br>Movant. | No. 2:16-cr-45-MCE-EFB<br><br><br><br>ORDER |

The court has set an evidentiary hearing in this matter for September 29, 2020 at which Mr. Figueras is to testify virtually via Zoom application. ECF No. 121. His attorney has represented to the court that, after discussions with Mr. Figueras's custodians at United States Immigration and Customs Enforcement, those officials will only guarantee Mr. Figueras's ability to use a telephone for the hearing. Thus, to facilitate his video appearance, counsel has submitted an application for a writ of habeas corpus ad testificandum to the court which would order his production at the court (501 "I" Street, #4200, Sacramento, CA 95814). Counsel for Mr. Figueras was instructed to file that application on the public docket. Given that the evidentiary hearing will touch on questions of credibility, the court finds it necessary to have Mr. Figueras testify in person or by video from the Sacramento County Jail or the United States Marshal Service facility in the U.S. Courthouse. To facilitate transportation of Mr. Figueras, the court will approve the writ application and issue it contemporaneously with the filing of this order.

1

The court has been apprised by the United States Marshals Service, however, that ensuring Mr. Figueras's appearance might also require an "attorney special request" (ASR) form from the United States Attorney's office. To the extent that is the case, counsel for the government shall prepare that form and issue it to the necessary officials as quickly as possible.

The Clerk shall serve a copy of this order on the United States Marshal along with the writ.

So Ordered.

DATED: September 18, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE