Erin J. Radekin, SBN 214964
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Fax: (916) 447-2988

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s) <br> v. <br> Raleigh Rana Figueras, <br><br> Defendant(s). | **CASE NUMBER** <br> 2:16-CR-00045 <br><br> **APPLICATION FOR WRIT OF HABEAS CORPUS** <br><br> ☐ AD PROSEQUENDUM  ☑ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☑ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☑ Ad Testificandum for:

Name of Detainee: Raleigh Rana Figueras
Alias: _____
BOP/Booking No: A-046-564-229
Detained by:  ☐ Warden _____
             ☑ Other  U.S. Immigration and Customs Enforcement
Detained at:  Mesa Verde Detention Center - 425 Golden State Ave., Bakersfield, CA 93301
*(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on September 29, 2020 at 10:00 a.m. before the Honorable Edmund F. Brennan Judge/Magistrate Judge.

Location:  ☑ U.S. District Court  501 "I" Street, #4200, Sacramento, CA 95814
           *(Court Address)*
           ☐ Other _____
           *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: September 16, 2020                         _____
                                                  *Signature of attorney*

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application fo Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)      APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
| | 2:16-cr-00045 |
| Plaintiff(s) | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| v. | ☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM |
| Raleigh Rana Figueras, | |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☐ Ad Prosequendum ☒ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: Raleigh Rana Figueras

Alias: _____

on September 29, 2020 at 10:00 a.m. before Judge/Magistrate Judge Edmund F. Brennan
    (Date of Appearance)    (Time)

Dated: September 18, 2020

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE