UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RALEIGH RANA FIGUERAS,<br><br>Movant. | No. 2:16-cr-45-MCE-EFB<br><br><br><br>ORDER |

At the hearing on September 29, 2020, counsel for movant reported that a potential witness, Frederick Williams, had been deported and was in quarantine in Belize. Counsel indicated, however, that it might be possible to obtain testimony from Mr. Williams if the court deemed it necessary. The court finds that a declaration from Mr. Williams regarding his assistance and/or participation in preparing and mailing movant's initial section 2255 motion is relevant to the question of whether that initial motion was timely filed. Accordingly, counsel for movant shall have until October 13, 2020 to submit a declaration from Mr. Williams. Any response by the government to Mr. Williams's declaration shall be filed by October 15, 2020.

So Ordered.

DATED: October 8, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE