IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent,<br><br>　　v.<br><br>RALEIGH RANA FIGUERAS,<br><br>　　　　　　Movant. | NO. 2:16-CR-45-MCE-EFB P<br><br>ORDER |

　　For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, movant's motion for extension, ECF No. 132, is granted. The deadline for submitting a declaration from Frederick Williams is enlarged by 9 days, making it due October 22, 2020. The government's response, if any, to the declaration is now due October 24, 2020.

IT IS SO ORDERED.

Dated:  October 13, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge