UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 2:16-cr-00045-MCE-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RALEIGH RANA FIGUERAS, | |
| Defendant. | |

Defendant Raleigh Rana Figueras' ("Defendant") Request to Release Material Witness, ECF No. 202, is GRANTED. The Court's prior Order that Defendant remain at the Sacramento County Main Jail pending the conclusion of his 28 U.S.C. § 2255 action, ECF No. 148, is VACATED. Defendant is hereby released from custody at the Sacramento County Main Jail. Within 72 hours of release from custody, Defendant must report in person to the Probation Office in the district to which he is released, unless deported.

IT IS SO ORDERED.

Dated: August 19, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE